■ 4510 MAIN STREET, Also Known as SNYDER SQUARE EAST, INC., Appellant, v STATE OF NEW YORK, Respondent.— Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, NeMoyer, J. (Appeal from Order of Court of Claims, NeMoyer, J.—Dismiss Complaint.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.